IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARINDER SINGH<br>1233 Markley Street<br>Norristown, PA 19401<br>　　　　Plaintiff,<br>　v.<br><br>SUNOCO, INC.<br>1735 Market Street<br>Philadelphia, PA 19103<br><br>　　and<br><br>STEVEN JONES<br>c/o SUNOCO, INC.<br>1735 Market Street<br>Philadelphia, PA 19103<br><br>　　　　Defendants. | CIVIL ACTION<br><br><br>JURY TRIAL DEMANDED<br><br><br>NO.: 11-7176 |

## STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

It is hereby STIPULATED and AGREED, by and between Plaintiff Harinder Singh and Defendants Sunoco, Inc., and Steven Jones that Plaintiff's Complaint is hereby dismissed with prejudice. It is further STIPULATED and AGREED that Plaintiff's employment claims will proceed through mediation, and, if necessary, through binding arbitration pursuant to Sunoco's Employee Resolution in Action Program ("ERA"). Any decision rendered in arbitration is final and binding on Plaintiff and Defendants. There is no right of appeal from the ERA arbitration by either Plaintiff or Defendants. Plaintiff will promptly file and Order to Settle,

Discontinue and End Civil Action No. 11-7176, in the United States District Court for the Eastern District of Pennsylvania.

| MAIZEL LEGAL ASSOCIATES, INC. | SUNOCO, INC. |
|---|---|
| BY: _____<br>ROBERT P. MAIZEL, ESQUIRE<br>Attorney for Plaintiff, Harinder Singh | BY: _____<br>NAN MCCALL, ESQUIRE<br>Attorney for Defendants |
| DATED: 1/20/12 | DATED: 1/27/12 |